**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

United States of America,

          Plaintiff,

                    Case No. 17-20184

v.

Sontez Wells,               Judith E. Levy
                        United States District Judge

          Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION TO**
**AMEND AND CORRECT SENTENCE [628]**

On May 19, 2026, Defendant Sontez Wells filed a motion to amend and/or correct his sentence. (ECF No. 628.) Defendant argues that his federal sentence was intended to run concurrently with his state sentence and that the Federal Bureau of Prisons "did <u>not</u> credit [him] 31 months the defendant had already served from May of 2017 to December of 2019." (ECF No. 628.)

The Court required the Government to respond to Defendant's motion by June 16, 2026. (ECF No. 629.) The Government failed to respond.

Defendant pled guilty to one count of RICO conspiracy on June 18, 2019. (ECF No. 324.) He was sentenced to 144 months of imprisonment on December 9, 2019. (ECF No. 409.) Importantly, the Court's judgment specified that Defendant's sentence of 144 months was "to run concurrently to his <u>undischarged</u> sentences with the State of Michigan," (*id.* at PageID.2275 (emphasis added)), meaning that it would run concurrently with his state sentence beginning at the time his federal sentence began.

And Defendant's counsel, at his sentencing, requested that the Court recommend that Defendant "be ordered to serve his federal sentence in state custody until the state sentence is completed," with the impact of that being that Defendant "receive a concurrent sentence going forward for whatever time may remain on the state sentence." (ECF No. 608, PageID.9435–9436; *see also id.* at PageID.9437 (Defendant's counsel stating, "I think it's necessary for there to be concurrent time, that [the] Court to impose the sentence to be concurrent to the extent there's any state time left . . . .").) The Court granted this request. (*See* ECF No. 409.)

Thus, Defendant's request that he receive credit for his state sentence from "May of 2017 to December of 2019" is not supported by the

judgment. Defendant's request that the Court amend or correct his sentence is DENIED. (ECF No. 628.)

IT IS SO ORDERED.

Dated: July 7, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 7, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager